JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
- City: La Crosse
- County/Parrish: La Crosse

**Related Case Information:**
- Superseding Docket Number: 07-cr-52
- Same Defendant: X
- New Defendant: ___
- Magistrate Judge Case Number: 15-mj-84
- Search Warrant Case Number: ___
- R 20 / R40 from District of: ___

19 CR 90 WMC

**Defendant information:**
- Matter to be Sealed: Yes ___ No ✓
- Def. Name: Frederick G. Kriemelmeyer
- Alias Name:
- City/State: LaCrosse, WI
- Year of Birth: 1949
- Last 4 digits of SSN:
- Sex: Male
- Race: White

**U.S. Attorney Information:**
- ELIZABETH ALTMAN     Bar #:
- Interpreter: ✓ No ___ Yes
- List language and/or dialect:

**Location Status:**
- Arrest Date: ___
- ___ Already in Federal Custody as of: ___ in ___
- ___ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**
- Total # of Counts: 4
- ___ Petty
- ___ Misdemeanor
  - ___ Class A
  - ___ Class B
  - ___ Class C
- ✓ Felony

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1: 26 U.S.C. § 7201 | Attempt to evade or defeat tax payment | 1 - 4 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |

Date: ___     Signature /s/ ELIZABETH ALTMAN