# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Exhibit 1

| | |
|---|---|
| JAMES ROBERT WRIGHT,<br><br>        Plaintiff<br><br>v.<br><br>JAMES ONEMBO, ET AL.,<br><br>        Defendants | CIVIL ACTION<br><br>No. 99-4778 |

## ORDER

January __, 2001

    In Document 42, plaintiff has moved for reconsideration of this court's order of December 11, 2000, which granted defendants' motions to dismiss the Amended Complaint filed by plaintiff on October 24, 2000, and which thereby "terminat[ed] this litigation." In moving for reconsideration, plaintiff contends that the December 11, 2000 order only "addressed JAMES ROBERT WRIGHT as the U.S. citizen and/or Corporate Citizen on Order," and did not "address the other plaintiff, who ia [sic] a non-corporate American Citizen," with the result that "Case #99-4778 is still open..." The motion is signed by "James Robert; Wright" who, beneath the signature, is identified as "non-corporate."

    The plaintiff apparently perceives himself as having two distinct aspects: "JAMES ROBERT WRIGHT" as a "U.S. Citizen and/or Corporate Citizen" and "James Robert; Wright" as a "non-corporate American Citizen." But since nothing in the Amended Complaint of October 24, 2000 identifies a "JAMES ROBERT WRIGHT" incorporated under the laws of any

Exhibit 1

American or foreign jurisdiction, this court has no basis in law for recognizing the plaintiff's alleged two distinct aspects. The December 11, 2000 order dismissed the October 24, 2000 Amended Complaint in its entirety. Accordingly, the motion for reconsideration embodied in Document 42 is DENIED.

*/s/ H. Pollak*
Pollak, J.