UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

     v.

FREDERICK G. KRIEMELMEYER,

     Defendant.

Case No. 3:19-CR-90 (WMC)

---

## NOTICE OF APPEARANCE

Please take notice that Trial Attorney Eric C. Schmale of the United States Department of Justice, Tax Division, hereby makes and enters his appearance in this case as counsel for the United States of America.

/s/_____
ERIC C. SCHMALE
Trial Attorney, Tax Division
U.S. Department of Justice
150 M Street N.E.
Washington, D.C. 20002
202-514-5762
eric.c.schmale@usdoj.gov