IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

        Plaintiff,

v.                                     JUDICIAL NOTICE

Frederick George Kriemelmeyer,

Private non-corporate man, Amicus Curie

        Defendant in Error,         CASE NO. 19 CR 90 WMC

---

COMES NOW, Frederick George Kriemelmeyer, Private Soul, American National Citizen, propria persona, non-licensed attorney litigant, Amicus Curie herein, Defendant in Error herein, appearing specially and without prejudice while reserving all rights and waiving no rights in the above entitled action and now gives Notice to the court: NOTICED the court is now a Judicial, and not an administrative proceeding, and FURTHER NOTICED said Defendant in Error is a Citizen, one who retains full Constitutional rights and enjoys the benefits thereof, and

FURTHER NOTICED, FAIR WARNING, NOT AS A THREAT, NOTICE pursuant to United States v, Lanier on certiorari No. 95-1717, is hereby given each member of the prosecuting party.

Dated: 07/17/2019    /s/ _Frederick George Kriemelmeyer_

Certificate of Service

A copy of the foregoing was mailed to opposing party(s).

Date: 07/23/2019    /s/ _Frederick George Kriemelmeyer_

by

Assistance of Counsel