# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

|  |  |
|---|---|
| Craig W. Albee, Federal Defender | 22 East Mifflin Street |
| Krista A. Halla-Valdes, First Assistant | Suite 1000 |
|  | Madison, Wisconsin 53703 |
| Joseph A. Bugni, Madison Supervisor | Telephone 608-260-9900 |
| John W. Campion | Facsimile 608-260-9901 |
| Shelley M. Fite |  |
| Anderson M. Gansner |  |
| Gabriela A. Leija |  |
| Peter R. Moyers |  |
| Ronnie V. Murray |  |
| Tom E. Phillip |  |
| Joshua D. Uller |  |
| Kelly A. Welsh |  |

July 24, 2019

Honorable William M. Conley
United States District Court Judge
120 North Henry Street
Madison, Wisconsin 53703

Re: *United States v. Frederick G. Kriemelmeyer*
Case No. 19-cr-90-wmc

Dear Judge Conley:

Pursuant to the Court's Order appointing me for purposes of (among other things) filing documents for Dr. Kriemelmeyer, I am filing this Judicial Notice. In addition to the arguments made in this document, he maintains all of his previously filed jurisdictional arguments and defenses to the charges.

Thank you for your attention to this matter.

Sincerely,

*/s/ Joseph A. Bugni*

Joseph A. Bugni
Associate Federal Defender