IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                        NOTICE OF PLEA

Frederick George Kriemelmeyer,

Private non-corporate man, Amicus Curie

    Defendant in Error,                     CASE NO. 19 CR 90 WMC

COMES NOW, Frederick George Kriemelmeyer, Private Soul, Amicus Curie herein, Defendant in Error herein, appearing specially and without prejudice while reserving all rights and waiving no rights in the above entitled action and enters the following plea:

DEFENDANT DOES NOT PLEAD!

Dated: _07/17/2019_ /s/ _Frederick George Kriemelmeyer_

by _____

_Assistance of Counsel_