UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§ | NOTICE TO COURT AND PLAINTIFF |
| V. | §<br>§<br>§ | CASE NO. 19 CR 90 WMC |
| FREDERICK G. KRIEMELMEYER<br>Defendant, | §<br>§ | |

## GLOSSARY PAGE

TO JUDGE AND PROSECUTER OF SAID COURT CASE:

NOW COMES, Frederick George Kriemelmeyer, Defendant in Error, American National, a living man without Assistance of Counsel, In Propria Persona, in the capacity of Amicus Curie, submitting this, so that I can ensure that I understand the intent of the PLAINTIFF and the PLAINTIFF cannot use words that have several meanings. If PLAINTIFF uses any of the below defined words, they will have the meaning given, unless I am notified of its different or special meaning. If PLAINTIFF is using a different meaning then PLAINTIFF must tell me what the word is and its meaning and where he got the definition to that word. So that I can ensure that I understand the intent of the PLAINTIFF.

**Money-**In usual and ordinary acceptation it means coins and paper currency used as circulating medium of exchange, and it does not embrace notes, bonds, evidences of debt, or other personal or real estate. Lane v. Railey, 280 Ky. 319, 133 S.W.2d 74, 79, 81. (Blacks Law Dictionary 6th addition)

No State shall . . . make any Thing but gold and silver Coin a Tender in Payment of Debts . . . (United States Constitution Article 1 Section 10)

**Fiat money-**Paper currency not backed by gold or silver. (Blacks Law Dictionary 6th addition)

**Federal reserve notes-**Form of currency issued by Federal Reserve Banks in the likeness of noninterest bearing promissory note payable to bearer on demand. The Federal Reserve note (e.g. one, five, ten, etc. dollar bill) is the most widely used paper currency. Such have replaced silver and gold certificates which were backed by silver and gold. Such reserve notes are direct obligations of the United States. (Blacks Law Dictionary 6th addition)

**Straw man or party-**A "front"; a third party who is put up in name only to take part in a transaction. Nominal party to a transaction; one who acts as an agent for another for the purpose of taking title to real property and executing whatever documents and instruments the principal may direct respecting the property. Person who purchases property for another to conceal identity of real purchaser, or to accomplish some purpose otherwise not allowed. (Blacks Law Dictionary 6th addition)

**Specie-**Coin of the precious metals, of a certain weight and fineness, and bearing the stamp of the government, denoting its value as currency. Metallic money; e.g. gold or silver coins. When spoken of a contract, the expression "performance in specie" means strictly, or according to the exact terms. As applied to things, it signifies individuality or identity. Thus, on a bequest of a specific picture, the legatee would be said to be entitled to the delivery of the picture in specie; i.e., of the very thing. Whether a thing is due in genere or in specie depends, in each case, on the will of the transacting parties. (Blacks Law Dictionary 6th addition)

**Loan-** A lending. Delivery by one party to and receipt by another party of sum of money upon agreement, express or implied, to repay it with or without interest. Boerner v. Colwell Co., 21 Cal.3d 37, 145 Cal.Rptr. 380, 384, 577 P.2d 200. Anything furnished for temporary use to a person at his request, on condition that it shall be returned, or its equivalent in kind, with or without compensation for its use. Liberty Nat. Bank & Trust Co. v. Travelers Indem. Co., 58 Misc.2d 443, 295 N.Y.S.2d 983, 986. (Blacks Law Dictionary 6th addition)

**Contract-** An agreement between two or more persons, which creates an obligation to do or not to do a particular thing. As defined in Restatement, Second, Contracts § 3: "A contract is a promise or aset of promises for the breach of which the law gives a remedy, or the performance of which the law in some way recognizes as a duty." A legal relationship consisting of the rights and duties of the contracting parties; a promise or set of promises constituting an agreement between the parties that gives each a legal duty to the other and also the right to seek a remedy for the breach of those duties. Its essentials are competent parties, subject matter, a legal consideration, mutuality of agreement, and mutuality of obligation. Lamoureux v. Burrillville Racing Ass'n, 91 R.I. 94, 161 A.2d 213, 215.

The writing which contains the agreement of parties, with the terms and conditions, and which serves as a proof of the obligation. (Blacks Law Dictionary 6th addition)

**Corporation-** An artificial person or legal entity created by or under the authority of the laws of a state. An association of persons created by statute as a legal entity. The law treats the corporation itself as a person which can sue and be sued. The corporation is distinct from the individuals who comprise it (shareholders). The corporation survives the death of its investors, as the shares can usually be transferred. Such entity subsists as a body politic under a special denomination, which is regarded in law as having a personality and existence distinct from that of its several members, and which is, by the same authority, vested with the capacity of continuous succession, irrespective of changes in its membership, either in perpetuity or for a limited term of years, and of acting as a unit or single individual in matters relating to the common purpose of the association, within the scope of the powers and authorities conferred upon such bodies by law. Dartmouth College v. Woodward, 17 U.S. (4 Wheat.) 518, 636, 657, 4 L.Ed. 629; U. S. v. Trinidad Coal Co., 137 U.S. 160, 11 S.Ct. 57, 34 L.Ed. 640. (Blacks Law Dictionary 6th addition)

**Person-** In general usage, a human being (i.e. natural person), though by statute term may include labor organizations, partnerships, associations, corporations, legal representatives, trustees, trustees in bankruptcy, or receivers. See e.g. National Labor Relations Act, § 2(1), 29 U.S.C.A. § 152; Uniform Partnership Act,§ 2. (Blacks Law Dictionary 6th addition) Defendant uses and understands this word in the general usage only to refer to natural persons/human beings. If some other usage is intended by the Plaintiff/ Plaintiff's Attorney, it must be so defined each time it is used, as the word can be used to reference many different types of entities.

**Artificial persons-** Persons created and devised by human laws for the purposes of society and government, as distinguished from natural persons. Corporations are examples of artificial persons. (Blacks Law Dictionary 6th addition)

**Pro se** A Latin phrase meaning "for himself" or "in one's own behalf." This term denotes a person who represents herself/himself in court. It is used in some states in place of "in pro per" and has the same meaning.

**In Propria Persona** In one's own person, especially without representation by an attorney. Lat. 'In ones own proper person.' To represent ones self in court without assistance of an attorney, at least 'on the record.' Often shortened to 'in pro per.'
The U.S. Supreme Court observed in its unanimous decision in Kay v. Ehrler, 499 U.S. 432, that a lawmaking body may instead prefer to discourage attorneys from electing to appear in propria persona because such self-representation may often conflict with the general public and legislative policy favoring the effective and successful prosecution of meritorious claims. The high court observed that 'Even a skilled <u>lawyer</u> who represents himself is at a disadvantage in contested litigation. Ethical considerations may make it inappropriate for him to appear as a witness. He is deprived of the judgment of an independent third party in framing the theory of the case, evaluating alternative methods of presenting the evidence, cross-examining hostile witnesses, formulating legal arguments, and in making sure that reason, rather than emotion, dictates the proper tactical response to unforeseen developments in the courtroom. The adage that 'a lawyer who represents himself has a fool for a client' is the product of years of experience by seasoned litigators.. Id. at 437-438

**An appearance may be in propria persona, and need not be by attorney.**

**Debt**, contracts. A sum of money due by certain and express agreement. 3 Bl. Com. 154. In a

less technical sense, as in the "act to regulate arbitrations and proceedings in courts of justice" of Pennsylvania, passed the 21st of March 1806, s. 5, it means an claim for money. In a still more enlarged sense, it denotes any kind of a just demand; as, the debts of a bankrupt. 4 S. & R. 506. (Bouvier's Law Dictionary 1856 edition)

**Goods**, property. For some purposes this term includes money, valuable securities, and other mere personal effects. The term. goods and chattels, includes not only personal property in possession, but also choses in action. 12 Co. 1; 1 Atk. 182. The term chattels is more comprehensive than that of goods, and will include all animate as well as inanimate property, and also a chattel real, as a lease for years of house or land. Co. Litt. 118; 1 Russ. Rep. 376. The word goods simply and without qualification, will pass the whole personal estate when used in a will, including even stocks in the funds. But in general it will be limited by the context of the will. Vide 2 Supp. to Ves. jr. 289; 1 Chit. Pr. 89, 90; 1. Ves. jr. 63; Hamm. on Parties, 182; 3 Ves. 212; 1 Yeates, 101; 2 Dall. 142; Ayl. Pand. 296; Wesk. Ins. 260; 1 Rop. on Leg. 189; 1 Bro. C. C. 128; Sugd. Vend. 493, 497; and the articles Biens; Chattels; Furniture. 2. Goods are said to be of different kinds, as adventitious, such as are given or arise otherwise than by succession; total goods, or those which accrue from a dowry, or marriage portion; vacant goods, those which are abandoned or left at large. (Bouvier's Law Dictionary 1856 edition)

**Merchandise**. By this term is understood all those things which merchants sell either wholesale or retail, as dry goods, hardware, groceries, drugs, &c. It is usually applied to personal chattels only, and to those which are not required for food or immediate support, but such as remain after having been used or which are used only by a slow consumption. Vide Pardess. n. 8; Dig. 13, 3, 1; Id. 19, 4, 1; Id. 50, 16, 66. 8 Pet. 277; 2 Story, R. 16, 53, 54; 6 Wend. 335. (Bouvier's Law Dictionary 1856 edition)

**Service**, contracts. The being employed to serve another.
2. In cases of seduction, the gist of the action is not injury which the seducer has inflicted on the parent by destroying his peace of mind, and the reputation of his child, but for the consequent inability to perform those services for which she was accountable to her master or her parent who assumes this character for the purpose Vide Seduction, and 2 Mees. & W. 539; 7 Car. & P. 528. (Bouvier's Law Dictionary 1856 edition)

**Service**, feudal law. That duty which the tenant owes to his lord, by reason of his fee or estate.
2. The services, in respect of their quality, were either free or base, and in respect of their quantity and the time of exacting them, were either certain or uncertain. 2 Bl. Com. 62.
3. In the civil law by service is sometimes understood servitude. (q. v.) (Bouvier's Law Dictionary 1856 edition)

**Service**, practice. To execute a writ or process; as, to serve a writ of capias signifies to arrest a defendant under the process; Kirby, 48; 2 Aik. R. 338; 11 Mass. 181; to serve a summons, is to deliver a copy of it at the house of the party, or to deliver it to him personally, or to read it to him; notices and other papers are served by delivering the same at the house of the party, or to him in person. (Bouvier's Law Dictionary 1856 edition)

2. When the service of a writ is prevented by the act of the party on whom it is to be served, it will, in general, be sufficient if the officer do everything in his power to serve it. 39 Eng. C. L. R. 431 1 M. & G. 238. (Bouvier's Law Dictionary 1856 edition)

Dated July 13, 2019

Respectfully submitted,

*[signature]* 07/13/2019
Frederick George Kriemelmeyer, In Propria Persona
c/o 319 Main Street, La Crosse, Wisconsin Near [54601]

*[signature]* Assistance of Counsel