# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin  53703

Telephone 608-260-9900
Facsimile 608-260-9901

July 22, 2019

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

Re:   *United States v. Frederick Kriemelmeyer*
      Case No. 19-cr-90-wmc

Dear Judge Crocker:

The discovery is meant to be turned over in a week. Unfortunately, given the uncertain nature of my representation of Dr. Kriemelmeyer and the precise form that holds and the need for a protective order, the parties would request another week to turn over the discovery. That will give me time to talk with Dr. Kriemelmeyer and for us all to hammer out the protective order. Thus, I would request that the government be alleviated of its current obligation until August 9.

Thank you for your attention to this matter. Also, this letter in no way is meant to insert myself beyond what Dr. Kriemelmeyer has laid out and does not waive his previously stated constitutional and jurisdictional challenges to this case.

Sincerely,

*/s/ Joseph A. Bugni*

Joseph A. Bugni
Associate Federal Defender

Cc:   AUSA Elizabeth Altman
      Dr. Frederick Kriemelmeyer