UNITED STATES OF AMERICA

    Plaintiff,

vs.

FREDERICK G. KRIEMELMEYER

    Defendant,

CASE NO. 19 CR 90 WMC

AFFIDAVIT AND NOTICE OF NON-CORPORATE STATUS AND DEMAND FOR RESPONSE THERETO

For File Record :

AFFIDAVIT AND NOTICE OF NON-CORPORATE STATUS AND DEMAND FOR RESPONSE THERETO

Concerning the Rights of American citizens in foreign States under The Expatriation Act

COMES NOW, NUNC PRO TUNC, Frederick George Kriemelmeyer, Amicus Curie, hereinafter Affiant, I, me, my, his, Title Holder of the age of majority, being of sound mind and competent to make this Affidavit with personal knowledge of the facts contained herein, hereby attesting to said facts in Affiant's authorized capacity, to wit:

1. That Affiant is not a corporation created under the laws of the United States or any state, the District of Columbia, or any territory, commonwealth or possession of the United States or any foreign state or country, public or private;
2. That Affiant is not an officer, agent, shareholder, franchisee or fiduciary agent, resident, inhabitant, or domiciled in any corporation;
3. That Affiant is not: A vessel documented under Chapter 121 of Title 46 USC or a vessel numbered as provided in Chapter 123 of that Title;
4. That Affiant is not an enemy of the United States nor any corporation created under the laws of the United States nor any state, the District of Columbia nor any territory, commonwealth or possession of the United States, nor any foreign state or country, public or private;
5. That Affiant is neither an enemy, nor affiliated with any alleged enemy, of any public or private corporation, domestic or foreign, but is a neutral body;
6. That Affiant, Frederick George Kriemelmeyer, and the location of 319 Main Street, Suite 400, La Crosse, Wisconsin, Near [54601], are particularly unique to this Affiant, although not affiliated with the corporate body politic near the same location and it suffices as complete, necessary and sufficient identification and evidence of Affiant's neutral standing per 15 USC 1681h;
7. That Affiant, a living, breathing man, hereby declares in handwriting the following facts true to the best knowledge and belief: _Frederick George Kriemelmeyer, is without contract and/or connection with FREDERICK GEORGE KRIEMELMEYER, FREDERICK G. KRIEMELMEYER, F.G. KRIEMELMEYER, FRED G. KRIEMELMEYER, FRED GEORGE KRIEMELMEYER, F. GEORGE KRIEMELMEYER, UNITED STATES (corporation), INTERNAL REVENUE SERVICE (corporation), UNITED STATES of AMERICA, UNITED STATES JUSTICE DEPARTMENT (corporation), UNITED STATES TREASURY DEPARTMENT (corporation)_ and ALL OTHER CORPORATE MEMBERS WHO ARE, OR MAY BE ASSOCIATED WITH, ANY COMPLAINTS AGAINST my natural body;

And any presumption, assumption, claim or representation that Affiant is any of the above, or documentation implying any of the above, is not the act or intention of this Affiant and any such presumption, assumption, claim, representation or documentation is fraudulent, illusionary, false representation of a matter of fact or a kind of artifice employed by one person to deceive another for self-serving purposes.

Affiant hereby NOTICES the following Corporate entities and their agents: Unites States of America, United States, United States District Court for the Western District of Wisconsin, Elizabeth G. Altman, AUSA, and by her the United States Attorney's Office, Eric Kopp, Special Agent, and by him the IRS and United States Secretary of the Treasury.

DEMAND FOR RESPONSE is hereby claimed within the twenty (20) days of receipt of this instant NOTICE for rebuttal; denial; counter-claim; production of contrary evidence, contracts or instruments of any kind; point for point with specificity or admission of all Affiant claims are undisputed fact by DEFAULT, where an unrebutted Affidavit stands as truth in commerce, said RESPONSE to be upon Frederick George Kriemelmeyer, c/o 319 Main Street, La Crosse, Wisconsin Near [54601]

Further Affiant solemnly attests that the facts contained herein are true, correct and complete to the best of Affiant's knowledge and belief, under the penalty of perjury in accordance with the laws of the United States and the Law of Nations.

Further Affiant sayeth naught.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _30th_ day of July, 2019.

_____, Sui Juris
Frederick George Kriemelmeyer, Sui Juris

In the State of ___Minnesota___

In the County of ___Houston___

On this, the _30th_ day of July, 2019, presented Frederick George Kriemelmeyer, who subscribed this instant instrument and acknowledged that he executed the same for the purposes therein contained.

_____, Notary Public

My commission expires: _Jan. 31, 2024_

TINA MARIE BECHTEL
NOTARY PUBLIC MINNESOTA
My Comm. Expires Jan 31, 2024

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING AFFIDAVIT AND NOTICE WAS HAND DELIVERED/MAILED TO ALL ABOVE NAMED CORPORATE ENTITIES AND/OR THEIR AGENTS ON

_____

/s/ _____, Sui Juris