# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin  53703

Telephone 608-260-9900
Facsimile 608-260-9901

August 14, 2019

Honorable William M. Conley
United States District Court Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Frederick G. Kriemelmeyer*
           Case No. 19-cr-90-wmc

Dear Judge Conley:

    Pursuant to the Court's Order appointing me for purposes of (among other things) filing documents for Dr. Kriemelmeyer, I am filing this Affidavit and Notice of Non-Corporate Status and Demand for Response Thereto. In addition to the arguments made in this document, he maintains all of his previously filed jurisdictional arguments and defenses to the charges.

    Thank you for your attention to this matter.

                              Sincerely,

                              */s/ Joseph A. Bugni*

                              Joseph A. Bugni
                              Associate Federal Defender