# Contract for Assistance of Counsel
# Arising under the Sixth Article of the
# Bill of Rights
# &
# Qualifier for Lawful Assistance of Counsel

*"It is a clearly established principle of law that an attorney must represent a corporation, it being incorporeal and a creature of the law. An attorney representing an artificial entity must appear with the corporate charter and law in his hand. A person acting as an attorney for a foreign principal must be registered to act on the principal's behalf."*

See, Foreign Agents Registration Act" (22 USC § 612 et seq.); <u>Victor Rabinowitz et. at. v. Robert F. Kennedy</u>, 376 US 605.

*"Failure to file the "Foreign Agents Registrations Statement" goes directly to the jurisdiction and lack of standing to be before the court, and is a felony pursuant to 18 USC §§ 219, 951. The conflict of law, interest and allegiance is obvious."*

1) Are you registered with FARA[1]?   ___Yes;  _X_ No.  If 'yes,' please attach a certified copy of the original registration to this Contract.

2) Do you posses a State License to practice law in this State?       [X] Yes; [ ] No.
If 'yes,' please attach a certified copy of the original State License to this Contract.

3) You agree I am a living man/woman, one of the people, NOT a fictitious entity, and you are lawfully authorized to provide me effective assistance of counsel[2] ?     [X] Yes[3]; [ ] No.

4) Do you have any alliegience to any foreign organization or country, creating a conflict of interest or establishing an inferior status and standing as to the people?    [ ] Yes; [X] No.

5) Can and will you assure my lawful Right to 'Trial by Jury' to remain inviolate,[4] said Jury to be the Jury of my Peers[5] as defined in the attached completed form?    [X] Yes; [ ] No.

6) Is your Status and Standing at least equal to that of my Peers as defined on attached "American Standard and Guide for Juror of Peer Selection?"    [ ] Yes; [ ] No.

7) Are you currently personally involved in any 'unlawful' activity?    [ ] Yes; [X] No.
If 'yes,' please explain with attachment. (The "Dirty Hands Doctrine" applies.)

---

[1] Foreign Agents Registration Act of 1938; 22 U.S.C. §§622 et seq,
[2] California Constitution, Article I, Declaration of Rights, Sec. 15;
[3] Attach required Authority(ies) to Contract.
[4] California Constitution Article I, Declaration of Rights, Sec. 16
[5] The principle of a Common Law Jury or Jury of your Peers was first established on June 15, 1215 at Runnymede, England when King John signed the Magna Carta, or Great Charter of Our Liberties. It creates the basis of our Constitutional, system of Justice. The unalienable Right to a Trial by a Jury of My Peers is guaranteed by my Rights Retained under the 9th Amendment of the Bill of Rights.

Contract for Assistance of Counsel of Constitutionally Secured Rights                                    Page 1 of 5

 For the Copyright © 2011 by NSEA

# Contract for Assistance of Counsel Arising under the Sixth Article of the Bill of Rights

I am *(first name)* __Frederick__ - *(middle name)* __George__ family of *(father family name)* __Kriemelmeyer__ and *(mother family name)* __Bsl__, a immortal living soul created in the image of God here as one of the people, a trinity of mind, body and spirit[6], a tribunal of the court of record of final jurisdiction of my sovereign state[7]. I was born a child of God and living as a man at peace. A notary republic and the Clerk of the Constitutional Court of Record has witnessed my existence and status as a man, placed their seals and have caused same to become a public record; as a man I have dominion over the earth[8] and not subject to the codified laws of any inferior civil society, hereafter "Demanding Party", and Demand Assistance of Counsel in: alleged *(#)* _____ misdemeanor, and / or *(#)* __4__ criminal charge(s) of Docket/Case Numbers:

__19CR 90 WMC__ *(Complaint attached)* in the State [General Session] ~~State~~ Federal Court, in City of __Madison__ and County of __Dane__ of the STATE OF __Wisconsin__, (a Municipal Corporation of the UNITED STATES) arising under the Sixth Article of the Bill of Rights of the Constitution for the united States of America arising under the adjudged decision of the supreme Court for the united States of America in *Mapp v. Ohio*, 367 U.S. 643 (1961) stating the Bill of Rights of the Constitution for the united States of America applies to the States (whether *de jure* or *de facto*) as well as Federal in criminal charges over-ruling *Wolfe v. People of the State of Colorado*, 338 U.S. 25 (1948).

I, the Demanding Party, am entering into this Contract as one of the people and under The Right to Contract as secured in Article I Section 10 of the Constitution for the united States of America as lawfully amended by the qualified Electors of the several States and the Right of Assistance of Counsel as secured by Article VI of the Bill of Rights in said Constitution.

---

[6] Council of Vienne (1311-1312)
[7] Blackstone and the Law of Nations
[8] Matthew 22, 37-40

Contract for Assistance of Counsel of Constitutionally Secured Rights

For the Copyright © 2011 by NSEA

Page 2 of 5

I, Joseph A. Bugni _____, (hereafter "Assistance of Counsel") as a lawfully licensed lawyer/attorney am empowered [authorized] as Assistance of Counsel for the living Man of the Demanding Party in the territorial boundaries of the Republic of (State upper/lower) _____ (including the Municipality of the *de facto* "state" of STATE OF) Wisconsin _____ do hereby agree to the following:

1. As the Assistance of Counsel, I will NOT "represent" the Demanding Party like an "Attorney" but will in fact give all due aid and assistance (Counsel) in exposing any Fraud and/or Corruption that Demanding Party may not be aware of; and,

2. As the Assistance of Counsel, my *only* loyalty is to the Demanding Party in a Court in which the Constitution for the united States of America and the Laws which shall be made pursuant thereof is the rule of law, and if any institution represents itself as such "court" and it is not, I will clearly object and aid the Demanding Party to remove such action to the Proper Venue of Original Jurisdiction; and,

3. As the Assistance of Counsel, I will not "represent" the Demanding Party in any "Court" which is a statutory non-constitutional [administrative] court; and,

4. As the Assistance of Counsel, I will only Counsel the Requesting Demanding Party in a Court where there is a bona fide public officer [justice/judge/magistrate] with an Oath of Office [meeting all requirements as defined in the attached American Standard of Jurisdictional Hierarchy] on file in a public forum that arises under Article VI of the Constitution for the united States of America, 1 Stat 23 - being a Law of said country; and,

5. As the Assistance of Counsel, I will only Counsel the Demanding Party in a Court where only a bona fide public officer [justice/judge/magistrate] under Article IV, Section 3, Clause 1 of the Constitution for the united States of America, with a true Civil Commission on file in a pubic forum as mandated by the Laws of the united States of America and the decisions of the supreme Court for the united States of America; and,

6. As the Assistance of Counsel, I will only Counsel the Demanding Party in a Court where only a bona fide public officer [justice/judge/magistrate] under Article IV, Section 3, Clause 1 for the Constitution for the united States of America has filed an Official Bond; and,

7. As the Assistance of Counsel, I will advise (Counsel) the Demanding Party of all of his Constitutionally Secured Rights. As Assistance of Counsel I will not waive, under *color of law*, any of Demanding Party's Natural or Unalienable God-given Rights including Constitutionally Secured Rights without the express written consent of the Demanding Party; and,

8. As the Assistance of Counsel, I will only Counsel the Demanding Party in a true court of record with prescribed boundaries, having a true SEAL of such court of record, and being a true constitutionally empowered Court with a judge, justice, or magistrate that is not a member of any Bar Association.

9. As the Assistance of Counsel, I have read and understand 7 *C.J.S.* Section 4, Attorney & Client, pgs 801-802 and hereby certify that I am NOT bound by same.

As the Assistance of Counsel, I, *(please print full name of counsel)* __Joseph A. Bugni__

_____, have read the proceeding contract and understanding same, do hereby agree to abide by all of the terms and conditions so stated and to always abide by the Constitution for the united States of America and the Laws which shall be made pursuant thereof which are not listed or enumerated in this contract.

__Frederich George Kriemelmeyer__       __Joseph Bugni__
Witness 1                                Assistance of Counsel *(SIGNATURE)*

__Frederich George Kriemelmeyer__       __Joseph A. Bugni   1062514__
Printed Name of Witness 1               Assistance of Counsel *(PRINT NAME/BAR NUMBER)*

__Mttias A__                            __Frederich George Kriemelmeyer__
Witness 2                               Demanding Party *(SIGNATURE)*
                                        Secured Party Creditor

__Mttias Arnold Kriemelmeyer__
Printed Name of Witness 2

Contract for Assistance of Counsel of Constitutionally Secured Rights                Page 4 of 5
 For the Copyright © 2011 by NSEA

*Original page 2*

# Contract for Assistance of Counsel Arising under the Sixth Article of the Bill of Rights

I am *(first name)* __Joseph__ - *(middle name)* __Aragorn__ family of *(father family name)* __Bugni__ and *(mother family name)* __Zamkowski__, a immortal living soul created in the image of God here as one of the people, a trinity of mind, body and spirit[6], a tribunal of the court of record of final jurisdiction of my sovereign state[7]. I was born a child of God and living as a man at peace. A notary republic and the Clerk of the Constitutional Court of Record has witnessed my existence and status as a man, placed their seals and have caused same to become a public record; as a man I have dominion over the earth[8] and not subject to the codified laws of any inferior civil society, hereafter "Demanding Party", and Demand Assistance of Counsel in: alleged *(#)* ____ misdemeanor, and / or *(#)* __3__ criminal charge(s) of Docket/Case Numbers: __19CR90__

_____ *(Complaint attached)*
in the State [General Session] Court, in City of __Madison__ and County of __Dane__ of the STATE OF __Wisconsin__, (a Municipal Corporation of the UNITED STATES) arising under the Sixth Article of the Bill of Rights of the Constitution for the united States of America arising under the adjudged decision of the supreme Court for the united States of America in *Mapp v. Ohio*, 367 U.S. 643 (1961) stating the Bill of Rights of the Constitution for the united States of America applies to the States (whether *de jure* or *de facto*) as well as Federal in criminal charges over-ruling *Wolfe v. People of the State of Colorado*, 338 U.S. 25 (1948).

I, the Demanding Party, am entering into this Contract as one of the people and under The Right to Contract as secured in Article I Section 10 of the Constitution for the united States of America as lawfully amended by the qualified Electors of the several States and the Right of Assistance of Counsel as secured by Article VI of the Bill of Rights in said Constitution.

---

[6] Council of Vienne (1311-1312)
[7] Blackstone and the Law of Nations
[8] Matthew 22, 37-40

Contract for Assistance of Counsel of Constitutionally Secured Rights

Page 2 of 5

For the Copyright © 2011 by NSEA