:Frederick- George :Kriemelmeyer,
:Private, Non-corporate, American National
c/o 319 Main Street    Suite 400
La Crosse, Wisconsin    Near [54601]

                      :Damaged Party,                  PROOF OF MAILING

| | |
|---|---|
| Eric Kopp, Special Agent | : CONDITIONAL ACCEPTANCE FOR THE |
| Elizabeth G. Altman, AUSA | VALUE/AGREEMENT/CONTRACT #031849- |
| Stephen L. Crocker, Magistrate Judge | TOALPHABETAGENCIESEVERYWHERE- |
| William Barr, U.S. Attorney General | 4MYRIGHTSNO:8© |
| William M. Conley, Judge | NOTICE OF FAULT AND OPPORTUNITY TO CURE |
| Ryan E. Plender, U.S. Pretrial Services Officer | |
| Brian James, Probation Officer | |

                    :Respondent Parties,

:RE: For the Illegal, Unlawful, Unconstitutional, Fraudulent and Tortuous Acts by the Respondent Parties, by the conspiracy and the use of the United States Mail causing damage upon the Damaged Party.

            : CONTRACT #031849-TOALPHABETAGENCIESEVERYWHERE-4MYRIGHTSNO:8©

For the Conditional Acceptance for the Value/Agreement/Contract #031849-TOALPHABETAGENCIESEVERYWHERE-4MYRIGHTSNO:8©, under the "Articles of Confederation", Public Law 97-280, Common Law and Scriptural Mosaic Law is with the claim for the proving of the facts, for the establishment of the damages, for the NOTICING of the liability and for the assignment of the liability upon the responsible Respondent Parties by the private process of the Arbitration.

For the said Contract #031849-TOALPHABETAGENCIESEVERYWHERE-4MYRIGHTSNO:8©, by the Affidavit upon the certain directed Respondent Parties is with the NOTICE/ CLAIM for the point by the point response with the specificity by the certain directed Respondent Parties themselves personally via an autographed Affidavit before a witnessing Notary Public within the ten (10) days of the receipt of this said Contract upon the Frederick-George :Kriemelmeyer, c/o 319 Main Street, Suite 400, La Crosse, Wisconsin - Near [54601]. For the additional ten (10) days are with the availability for the response in the event of the written request for the additional time within the first ten (10) day time period from the receipt of the instant Contract.

For the failure in the timely response to this said Contract is with the DEFAULT of the Respondent Parties and with the agreement/acceptance of all claimed/asserted facts, damages and liabilities to the Damaged Party by the actions/non-actions of the Respondent Parties.

OBJECTION

Damaged Party accepts your offer, the contract, under the following terms and conditions and this shall be and is construed as a counter offer, done with full immunity and without recourse with respect to the Undersigned, Nunc Pro Tunc. Damaged Party has obtained the age of majority retroactively, is the holder in due course of title to himself (Document No. A616408, Office of the Recorder, Carver County, Minnesota) (United States, Department of State, #15051373-2), and disaffirms and has disaffirmed any and all contracts made in infancy and otherwise, Nunc Pro Tunc. Damaged Party is held and adjudicated a competent, natural man, a natural person, Nunc Pro Tunc. Damaged Party's words are never to be construed liberally, but only contextually, Nunc Pro Tunc. The only law that applies to Damaged Party's natural person are the principals of the "Golden Rule", otherwise known as The Common Law, Scriptural Mosaic Law, and Articles of Confederation, Nunc Pro Tunc. Acceptance of your offer is contingent on the aforementioned and your rebutting each and every one of the proofs of claim herein, point by point, with facts and conclusions of the law of the land, original jurisdiction, common law, and that Damaged Party, and his property and his interest are considered and held fully indemnified against any and all

consequences as this agreement entered into is without recourse on Damaged Party's behalf and interest, Nunc Pro Tunc.

Canon 2056 - Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

It is my belief that Respondents are corporate commercial entities and agents thereof, conducting corporate commercial business; entities that file Comprehensive Annual Financial Reports, inclusive of references, notes, ledgers and term definitions. By this conduct Respondents document that Respondents do not represent the sovereign order, but rather a private organization, engaging in private contracts to offer and subscription and/or application, with the ability to sue and BE SUED. Damaged Party chooses not to enter or engage in contract unless it's under my terms. Damaged Party's terms are spelled out within the body of this instrument. If Respondents accept those/these terms in their entirety, without exception and/or amendment and/or augmentation, Damaged Party and Respondents shall proceed. If Respondent Parties choose not to accept the terms of this contract, then Respondents have subjected Damaged Party's Natural person, interests, estate, assets and property to involuntary servitude, which is illegal in all venues within the borders of the United States of America; a crime which is punishable by imprisonment, fine and restitution for all damage done, Nunc Pro Tunc.

This instant instrument serves NOTICE OF FAULT AND OPPORTUNITY TO CURE upon Respondent Parties acting in agreement and conspiracy to accomplish the ends which Respondents presume justify the means. Respondents are held liable under the terms of arbitration specified in Conditional Acceptance for the Value/Agreement/Contract #031849-TOALPHABETAGENCIESEVERYWHERE-4MYRIGHTSNO:8, mailed USPS Priority Mail on August 16, 2019 and Final Arbitration Award Contract No. SAAFK-A81A-061919-MEM (Exhibit 2 in Case No. 19 CR 90 WMC). Respondent Parties to said contract are in DEFAULT. Three days, (seventy-two hours), are allowed from receipt of this NOTICE for Respondent Parties to cure said DEFAULT and no more. Arbitration is an administrative remedy that has not been exhausted as yet; a remedy that remains available to Damaged Party, his interests, estate and property.

Under the Penalty of the Perjury by the Damaged Party:

*[signature]* Damaged Party Date: 08/28/2019
:Frederick-George :Kriemelmeyer, Private, Non-Corporate, American National, Damaged Party

In witness whereof, comes before me, Frederick George Kriemelmeyer, identified to be himself, and does autograph this instant document on this 28th day of August, 2019.

*[signature]*, Notary Public,
My Commission expires: 03/14/2023
County of: La Crosse
State of: Wisconsin

*[Notary seal: SHARON Y SEYMOUR, NOTARY PUBLIC, STATE OF WISCONSIN]*

:Frederick-George :Kriemelmeyer is with the Certifying of the mailing of the instant Notice upon the Respondent Parties. *[signature]*