PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District of Wisconsin

U.S.A. vs.    Frederick Kriemelmeyer    Docket No.  19-cr-90-wmc

## Petition for Action on Conditions of Pretrial Release

COMES NOW  Ryan Plender , pretrial services/probation officer, presenting an official report upon the conduct of defendant  Frederick Kriemelmeyer , who was placed under pretrial release supervision by the Honorable  Stephen L. Crocker , sitting in the court at  Madison, Wisconsin  on the  23rd  date of  July , 2019 under the following conditions:

> Condition 5: The defendant shall hereafter meet with Pretrial Services at the times and places directed and obey all directions and instructions of Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

On July 23, 2019, the defendant was released on conditions following his arraignment. The defendant refused to sign the release order, but was informed he was agreeing to abide by release conditions by leaving the courthouse. The defendant initially refused to provide his home address and phone number, but ultimately did so after a court order was entered ordering the defendant's arrest for failure to comply. The defendant resides in Minnesota and was referred for courtesy supervision in the District of Minnesota.

On September 4, 2019, the defendant's supervising pretrial services officer attempted a home assessment at the defendant's residence. The defendant refused to allow the officer into the home beyond the entry area, stating he does not reside in the home, he "abides." The defendant refused to comply with the one drug test required of all pretrial release defendants. The supervising officer reviewed the conditions of release with the defendant and asked him to sign the order to acknowledge the conditions had been reviewed with him. The defendant refused to cooperate with the officer.

PRAYING THAT THE COURT WILL ORDER that a summons be issued for the defendant to return to court to show cause why his pretrial release should not be revoked.

ORDER OF COURT

Considered and ordered this  12th  day of  SEPTEMBER , 20 19  and ordered filed and made a part of the records in the above case.

U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 11, 2019

/s/ Ryan Plender
U.S. Pretrial Services Officer

Place  Madison, Wisconsin