## COURTROOM MINUTES
## CRIMINAL

DATE: 9/26/2019   DAY: Thursday   START TIME: 2:01 PM   END TIME: 2:19 PM
JUDGE/MAG.: SLC   CLERK: JAT   REPORTER: FTR
PROBATION OFFICER: R. Plender   INTERPRETER: ---   SWORN: YES ☐ NO ☐
CASE NUMBER: 19-cr-90-wmc-1   CASE NAME: USA v. Frederick G. Kriemelmeyer
PROCEEDING: Detention Hearing

**APPEARANCES:**
ASST. U.S. ATTY.: Eric Schmale    DEFENDANT ATTY.: Joseph Bugni
Laura Przybylinski Finn

DEFENDANT PRESENT:   ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Defendant remains on Release Conditions.

TOTAL COURT TIME: 18 min.