

**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

October 15, 2019

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, WI  53703

    Re:   *United States v. Frederick G. Kriemelmeyer*
           Case No.: 19-cr-90-wmc

Dear Judge Crocker:

    This case is currently set for a preliminary pretrial conference on November 15, 2019.  I am respectfully requesting a one-week continuance to November 22, 2019, for this hearing.  I have spoken to defense counsel, Joe Bugni, and he does not oppose this request.

    Thank you for your consideration in this matter.

                                  Very truly yours,

                                  SCOTT C. BLADER
                                  United States Attorney

                                  By:       /s/

                                  ELIZABETH ALTMAN
                                  Assistant United States Attorney