IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                      Plaintiff,                   ORDER

    v.

                                                       19-cr-90-wmc

FREDERICK KRIEMELMEYER,

                      Defendant.

_____

On September 26, 2019, this court entered a text-only order stating:

> An entity calling itself LAMP Universal Arbitration has submitted a document titled Notice of Arbitration to the Court. This entity is not a party to this prosecution and has no standing to submit documents into the case file. The Clerk of Court is directed to remove the documents currently docketed as 31 and 31-1.
>
> Dkt. 32.

LAMP continued to submit documents to the court; the Clerk of Court, on my direction, did not docket these documents in this case, but has kept them in a separate folder. Dr. Kriemelmeyer recently telephoned the court to ask why one of these documents, a purported "confirmation of final arbitration award" had not been docketed. The answer is in the above-quoted order. If Dr. Kriemelmeyer wants to seek confirmation of this purported award, then he must do what anyone else would have to do in this situation: open a new civil case.

Entered this 3rd day of January, 2020.

                                BY THE COURT:

                                /s/

                                STEPHEN L. CROCKER
                                Magistrate Judge