IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FREDERICK G. KRIEMELMEYER,

        Defendant.

VERDICT

19-cr-90-wmc

---

## COUNT 1

We, the Jury in the above-entitled cause, find the defendant, Frederick G. Kriemelmeyer,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 1 of the indictment.

## COUNT 2

We, the Jury in the above-entitled cause, find the defendant, Frederick G. Kriemelmeyer,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 2 of the indictment.

## COUNT 3

We, the Jury in the above-entitled cause, find the defendant, Frederick G. Kriemelmeyer,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 3 of the indictment.

## COUNT 4

We, the Jury in the above-entitled cause, find the defendant, Frederick G. Kriemelmeyer,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 4 of the indictment.

_____[signature]_____
Presiding Juror

Madison, Wisconsin

Date: 2/25/2020